UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
BARBARA SUAREZ,

Case No.: 14-23686-RAM
Chapter 13

Debtor.
_____/

**MOTION TO DEEM PAYMENTS MADE BY THE CHAPTER 13 TRUSTEE RECEIVED AND ACCEPTANCE BY CREDITOR ALTAIR OH XIII, LLC.**

**COMES NOW**, Nancy K. Neidich, Standing Chapter 13 Trustee, by and through her undersigned counsel, and files the instant *Motion to Determine Receipt and Acceptance of Disbursements made by the Chapter 13 Trustee to Creditor ALTAIR OH XIII, LLC.* and states as follows:

1) On July 31, 2014, ALTAIR OH XIII, LLC. C/O Weinstein, Pinson & Riley filed its unsecured proof of claim number 7.

2) The trustee made pro-rata unsecured distributions to ALTAIR OH XIII, LLC. at the address listed on proof of claim number 7. However, although the distributions were mailed to the creditor at the correct mailing address, the name of the creditor on the disbursement checks did not match the name on the creditor's proof of claim.

3) The trustee made a total of $2,777.50 in disbursements to CERASTES, LLC C/O Weinstein, Pinson & Riley. Weinstein, Pinson & Riley are the same debt servicing entity listed in ALTAIR OH XIII, LLC. proof of claim number 7. All payments remitted to the care of Weinstein, Pinson & Riley have been cashed and cleared.

4) The Trustee's office has attempted to contact the creditor ALTAIR OH XIII, LLC. C/O Weinstein, Pinson & Riley in order to clarify the issue, but has been unable to reach any party. The Debtor's Chapter 13 plan has been completed, but the Trustee is unable to close the case without a resolution to the present issue.

**WHEREFORE**, the Trustee moves this Court for an order Determining Receipt and Acceptance of Payments made by the Chapter 13 Trustee to Creditor ALTAIR OH

XIII, LLC. C/O Weinstein, Pinson & Riley and for any other such relief as may be deemed necessary by the court.

                                            Respectfully submitted:
                                            NANCY K. NEIDICH, ESQ
                                            CHAPTER 13 TRUSTEE
                                                  /s/
                                            By: ADISLEY CORTEZ-RODRIGUEZ, ESQ.
                                            FLORIDA BAR NO.: 0091727
                                            P.O. BOX 279806
                                            MIRAMAR, FL 33027
                                            (954) 443-4402

Dated: September 30, 2019.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing and the notice of hearing generated by ECF were served as listed below this September 30, 2019.

                                        By: _____/s/_____
                                        ADISLEY CORTEZ-RODRIGUEZ, ESQ.

**Via U.S. First Class Mail:**

ALTAIR OH XIII, LLC
C O WEINSTEIN,PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

WEINSTEIN,PINSON AND RILEY, PS
c/o CORPORATION SERVICE COMPANY, Registered Agent
1201 HAYS STREET
TALLAHASSEE, FL 32301

WEINSTEIN,PINSON AND RILEY, PS
ATTN: WEINSTEIN, WILLIAM S, PRESIDENT
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121